AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Demaine Diwan Benjamin | ) | Case No: 4:07-cr-01427-TLW-1 |
| | ) | USM No: 15615-171 |
| Date of Original Judgment: 02/10/2009 | ) | |
| Date of Previous Amended Judgment: | ) | William F. Nettles IV |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the amended guideline range is higher than his current sentence. He was sentenced to 210 months pursuant to a Rule 11(c)(1)(C) agreement that stipulated that his guideline range would be 188 to 235 months. His amended guideline range pursuant to Amendment 782 is 292 to 365 months. Thus, he is not entitled to relief pursuant. to Amendment 782.

Except as otherwise provided, all provisions of the judgment dated  02/10/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/18/2016         s/ Terry L. Wooten
                                *Judge's signature*

Effective Date:                 Terry L. Wooten, Chief United States District Judge
*(if different from order date)*    *Printed name and title*